ANNABELLE MANAHAN, Appellant, v. THOMAS J. MANAHAN, Respondent.— Motion by defendant for leave to apply at Special Term to reopen the proceeding instituted by plaintiff for an increase in the amount of permanent alimony, after the appeal had been decided by this court, granted, without costs; and the parties may proceed in relation thereto as they may be advised. At or about the time the motion was decided at Special Term and the appeal had been determined by this court, there was a change of attorneys; and new facts have been discovered in respect to the acts of the former attorneys, which make it advisable that there should be a new hearing. Motion by defendant for a stay of proceedings granted on condition that he continue to pay the sum of fifteen dollars per week promptly, as provided in the final decree, and that he shall pay to the plaintiff's attorney the additional sum of ten dollars per week as allowed by the order of this court on November 19, 1937, such payments to be held by said attorneys in escrow pending the determination of the proceeding, if reopened, or until the further order of this court. If such motion to reopen be granted at Special Term, the justice presiding thereat is requested to furnish this court any information of which it should take cognizance. Present — Hagarty, Davis, Johnston and Adel, JJ.; Close, J., not voting.

BETHLEHEM KNITTING MILLS, INC., Appellant, v. S. KARPEN & BROS., Respondent.— This action was brought by appellant, a tenant, to recover damages to its property, sustained by reason of the alleged negligence of an employee of the defendant, landlord, in turning off the water from a sprinkler system during a fire in the demised premises. An order was made and entered striking out the first and second affirmative defenses contained in plaintiff's reply, and granting defendant's motion for judgment on the pleadings, dismissing the complaint; judgment was entered thereon accordingly. An order was also made which in effect denied plaintiff's motion to strike from the answer the second and fourth defenses therein. From each order and from the judgment the plaintiff appeals. Order striking the first and second affirmative defenses from the reply and granting judgment on the pleadings, judgment thereon entered, and order in effect denying plaintiff's motion to strike from the answer the second and fourth defenses therein, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

CURTIS CHALK, an Infant, by His Guardian ad Litem, RUTH CHALK, and RUTH CHALK, Respondents, v. MARCUS CONTRACTING COMPANY, INC., Appellant.— In an action by an infant plaintiff to recover damages for injuries sustained, and by his mother for expenses and loss of services, judgment in favor of plaintiffs reversed on the law and the facts and a new trial granted, costs to abide the event. In our opinion the verdicts are against the weight of the evidence. Hagarty, Johnston, Taylor and Close, JJ., concur; Carswell, J., dissents and votes to affirm.